**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

**CHARLIE JEROME LEE**                        **CIVIL ACTION NO. 25-1658**

                                             **SECTION P**

**VS.**

                                             **JUDGE S. MAURICE HICKS, JR.**

**BOSSIER PARISH SHERIFF'S**                 **MAG. JUDGE KAYLA D. MCCLUSKY**
**DEPARTMENT, ET AL.**

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Charlie Jerome Lee's false arrest claim against W.N. Roberson is **STAYED** under the following conditions:

> a. If Plaintiff intends to proceed with this claim, he must, within thirty (30) days of the date the criminal proceedings against him conclude, file a motion to lift the stay;
>
> b. If the stay is lifted and the Court finds that Plaintiff's claim would impugn the validity of his conviction, the action will be dismissed under *Heck*; if no such finding is made, the action will proceed absent some other bar to suit;
>
> c. Plaintiff should not file any more documents concerning this particular claim in this action until the state court proceedings conclude; and
>
> d. Defendant shall not be required to answer this claim during the stay, and Plaintiff may not seek a default judgment or conduct any discovery during the stay.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's remaining claims against the remaining defendants are **DISMISSED WITH PREJUDICE** as legally frivolous and for failing to state claims on which relief may be granted.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 3rd day of March, 2026.

JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE